# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES, for the use and benefit of PYRAMID CONSTRUCTION AND AGGREGATES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>C.E. WYLIE CONSTRUCTION CO., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 07cv1422-LAB (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TRAVELERS INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>[Dkt No. 7, 8] |

Pursuant to the parties' Stipulation requesting a 30-day extension of time for defendant Travelers Casualty and Surety Company to respond to the Complaint in this Miller Act case, and for good cause shown, **IT IS HEREBY ORDERED** that defendant's deadline is extended through and including *October 12, 2007*.

**IT IS SO ORDERED**.

DATED: September 11, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge