# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES, for the use and benefit of PYRAMID CONSTRUCTION AND AGGREGATES, INC., a California corporation, | CASE NO. 07cv1422-LAB (AJB) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND C.E. WILEY CONSTRUCTION CO.'S TIME TO RESPOND TO COMPLAINT** |
| vs. | [Dkt No. 6] |
| C.E. WYLIE CONSTRUCTION CO., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to the parties' Stipulation requesting a 15-day extension of time for defendant C.E. Wiley Construction Co. to respond to the Complaint in this Miller Act case, and for good cause shown, **IT IS HEREBY ORDERED** that defendant's deadline is extended through and including *September 25, 2007*.

**IT IS SO ORDERED**.

DATED:  September 11, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

07cv1422